**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Elvera Koopman
aka Elvera Weinroth-Koopman
aka Elvera Weinroth

                    Debtor.

**NOTICE OF MOTION**

**CASE #: 8-17-77351-ast**
**CHAPTER 7**

 

 

**PLEASE TAKE NOTICE** that upon the annexed Application of Wells Fargo Bank, N.A.,

a secured creditor of the Debtor, by the undersigned will move this Court at the United States

Bankruptcy Court, Alfonse M. D'Amato Untied States Courthouse, 290 Federal Plaza, Central Islip,

NY 11722 on March 22, 2018 at 10:30 a.m., or as soon thereafter as Counsel may be heard, for an

Order pursuant to Bankruptcy Code Section 362(d), granting Wells Fargo Bank, N.A., as mortgagee

of the debtor's property located at 23 Waters Edge Ct, Babylon, NY 11702-4216, relief from the

automatic stay for the purpose of foreclosing its Mortgage, and for such other and further relief as

the Court deems just and proper.

 

**PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(a), ANY ANSWERING**
**PAPERS ARE TO BE SERVED SO AS TO BE RECEIVED BY THE SECURED**
**CREDITOR'S COUNSEL NO LATER THAN SEVEN (7) DAYS PRIOR TO THE**
**HEARING DATE.**

DATED:    January 5, 2018
           Rochester, New York

WOODS OVIATT GILMAN LLP
Richard S. Mullen, Esq.
Attorneys for Secured Creditor
700 Crossroads Building
2 State Street
Rochester, New York 14614
Telephone: 855-227-5072

TO:

Darren Aronow, Esq.
Aronow Law, P.C.
20 Crossways Park Drive North
Suite 210
Woodbury, NY 11797

Elvera Koopman
23 Waters Edge Court
Babylon, NY 11702

Allan B. Mendelsohn, Esq.
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip NY 11722-4437