**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Elvera Koopman  **CASE #: 8-17-77351-ast**
aka Elvera Weinroth-Koopman  **CHAPTER 7**
aka Elvera Weinroth

Debtor.

**ORDER GRANTING RELIEF**
**FROM THE AUTOMATIC STAY**

On March 22, 2018, the Motion (the "Motion") of Wells Fargo Bank, N.A.("Movant"), dated January 5, 2018 came before the Court, for relief from the automatic stay with respect to the collateral known as 23 Waters Edge Ct, Babylon NY 11702-4216 (the "Collateral"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED,** that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED,** that all other relief sought in the Motion is denied.



**Dated: May 2, 2018**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**